**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Flores-Alva

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM MCCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>            Plaintiff,                     )<br>                                                      )<br>v.                                                   )<br>                                                      )<br>**PIO FLORES-ALVA**,                 )<br>                                                      )<br>            Defendant.                 )<br>                                                      ) | Case No. 07MJ2937-WMC<br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                                      Respectfully submitted,

Dated: December 27, 2007                       /s/  *Candis Mitchell*
                                                                                    **CANDIS L. MITCHELL**
                                                                                    Federal Defenders of San Diego, Inc.
                                                                                    Attorneys for Mr. Flores-Alva
                                                                                    Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: December 27, 2007        /s/ *Candis Mitchell*
                **CANDIS L. MITCHELL**
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA 92101-5030
                (619) 234-8467 (tel)
                (619) 687-2666 (fax)
                Candis_Mitchell@fd.org